No. 405. PAN AMERICAN PETROLEUM CORP. *v.* FEDERAL POWER COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *W. W. Heard, John F. Jones* and *William J. Grove* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 407. FIRST NATIONAL CITY BANK OF NEW YORK *v.* SOUTHWESTERN SHIPPING CORP. Supreme Court of New York, New York County. Certiorari denied. *Chauncey B. Garver* and *Charles C. Parlin, Jr.* for petitioner. *Lloyd I. Isler* for respondent.

No. 410. NATIONAL AIRCRAFT MAINTENANCE CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edward R. Finch, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 414. COLLINS *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *C. T. Graydon* for petitioner.

No. 421. GEAGAN ET AL. *v.* MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied. *Paul T. Smith* and *Lawrence O'Donnell* for petitioners. *Edward J. McCormack, Jr.,* Attorney General of Massachusetts, *John F. McAuliffe* and *George F. Hurley,* Special Assistant Attorneys General, for respondent.